Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E : youssef@pricelawgroup.com
E : tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tisha Jamison*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA JAMISON, | Case No.: 2:20-cv-03747-DSF-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO FIRST PREMIER BANK** |
| v. | |
| FIRST PREMIER BANK, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff Tisha Jamison and Defendant First Premier Bank ("First Premier") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice as to First Premier

within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to First Premier. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 12th day of August, 2020.

**PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Tisha Jamison*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Tyla Flores-Gray*
