# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA JAMISON,<br><br>       Plaintiff,<br><br>  v.<br><br>FIRST PREMIER BANK,<br><br>       Defendant. | Case No.: 2:20-cv-03747-DSF-KS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FIRST PREMIER BANK** |

   Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant First Premier Bank, and good cause appearing,

   **IT IS ORDERED** that the Stipulation is **GRANTED.**

   The above-entitled matter is hereby dismissed with prejudice, as to Defendant First Premier Bank, with the parties to bear their own attorneys' fees, costs, and expenses.

   IT IS SO ORDERED.

 DATED:  August 27, 2020

                                                    _____
                                                      Honorable Dale S. Fischer
                                                    UNITED STATES DISTRICT JUDGE